**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ROEDA S.,**

              **Plaintiff,**     1:20-cv-906
                                          (GLS/ATB)
              **v.**

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security,**

              **Defendant.**

**APPEARANCES:**                **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Law Office of Lewis B. Insler        LEWIS B. INSLER, ESQ.
7 Woodbridge Park Drive
Ashville, NC 28803

**FOR THE DEFENDANT:**
HON. CARLA B. FREEDMAN        CHRISTOPHER LEWIS POTTER
United States Attorney        Special Assistant U.S. Attorney
100 South Clinton Street
Syracuse, NY 13261

Michael Pelgro
Regional Chief Counsel
Office of General Counsel, Region I
JFK Federal Building
15 New Sudbury Street, Room 625
Boston, MA 02203

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report and Recommendation (R&R) by Magistrate Judge Andrew T. Baxter duly filed

January 5, 2022.  (Dkt. No. 15.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 15) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's motion for judgment on the pleadings (Dkt. No. 11) is **DENIED**; and it is further

**ORDERED** that defendant's cross-motion for judgment on the pleadings (Dkt. No. 14) is **GRANTED**; and it is further

**ORDERED** that the decision of the Commissioner is **AFFIRMED**; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED** in its entirety; and it is further

**ORDERED** that the clerk is directed to enter judgment and close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

January 26, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge